SAM KINKER et al., Respondents, v. 6409-20th AVENUE REALTY CORP., Appellant, et al., Defendants. (And Two Other Actions.)

908

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.